UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

Case Number: 15-10109-CIV-MARTINEZ-GOODMAN

HOWARD COHAN,

    Plaintiff,

vs.

SUNSET CITY, LLC and SUNSET CITY
LESSEE, LLC d/b/a SOUTHERNMOST
HOTEL,

    Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice [ECF No. 13]. It is:

**ADJUDGED** that this action is DISMISSED WITH PREJUDICE. It is also:

**ADJUDGED** that all pending motions in this case are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of August, 2015.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record